E-FILED
Monday, 14 December, 2015 11:39:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WILLIAM BROWN, | ) |
| Plaintiff, | ) No. 14-cv-2324-HAB |
| vs. | ) |
| CITY OF CHAMPAIGN, et al., | ) |
| Defendants. | ) |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate as part of a settlement of this suit to the voluntary dismissal of this action with prejudice, the parties to bear their own costs and attorneys' fees.

| **William Brown, Plaintiff** | **City of Champaign,** *et al.***, Defendants** |
|---|---|
| */s/ Louis J. Meyer* | */s/ David E. Krchak* |
| Louis J. Meyer, Bar No. 6290221 | David E. Krchak, Bar No. 3127316 |
| MEYER & KISS, LLC | THOMAS, MAMER & HAUGHEY, LLP |
| 311 West Stratford Drive | 30 Main St., Suite 500 |
| Peoria, Illinois 61614 | P.O. Box 560 |
| p. 309.713.3751 | Champaign, Illinois 61824-0560 |
| f. 312.765.0104 | p. 217.351.1500 |
| e. louismeyer@meyerkiss.com | f. 217.351.2169 |
| | e. krchak@tmh-law.com |

## **CERTIFICATE OF SERVICE**

Louis J. Meyer, an attorney, certifies that on December 14, 2015, a true and correct copy of the foregoing Agreed Stipulation of Dismissal with Prejudice was electronically filed with the Clerk of the U.S. District Court of the Central District of Illinois, Urbana Division, via its CM/ECF System and was electronically served to each person listed below:

    David E. Krchak
    Thomas S. Yu
    Thomas, Mamer & Haughey, LLP
    30 E. Main, PO Box 560
    Champaign, IL 61824-0560

                                                                By: /s/ Louis J. Meyer
                                                                        Attorney for Plaintiff

Louis J. Meyer
MEYER & KISS, LLC
311 West Stratford Drive
Peoria, IL 61614
louismeyer@meyerkiss.com